UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  WAYNE O'BRIEN           :  Chapter 13
        GERALDINE O'BRIEN,      :
                                :  Bky. No. 10-10716 ELF
              Debtors           :

# ORDER

AND NOW, upon consideration of the Debtors' Objection to the Proof of Claim of PRA Receivables Management, LLC (Claim No. 3), and after a hearing, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. Claim No. 3 is **DISALLOWED**.

Date: September 30, 2010

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc: PRA Receivable Management LLC
    POB 41067
    Norfolk, VA 23541